UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BARAJAS,<br><br>        Petitioner,<br><br>    v.<br><br>TIM VIRGA,<br><br>        Respondent. | Case No. 1:13-cv-02000-AWI-SKO-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE OPPOSITION OR NOTICE OF NON-OPPOSITION TO PETITIONER'S MOTION FOR A STAY (DOC. 24)<br><br>ORDER SCHEDULING THE DEADLINE FOR FILING A REPLY AND SUSPENDING THE DEADLINE FOR FILING A TRAVERSE |

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303.

    On September 2, 2014, Petitioner filed a motion for a stay of the proceedings to permit exhaustion of additional claims. Petitioner's traverse to Respondent's answer is presently due to be filed on or about October 25, 2014.

    Accordingly, it is ORDERED that:

    1) Respondent is DIRECTED to file opposition or notice of non-opposition to Petitioner's motion for a stay no later than thirty (30) days after the date of service of this order; and

1

    2)   Petitioner may FILE a reply to any opposition to his motion no later than thirty (30) days after the date of service of the opposition; and

    3)   The deadline for filing a traverse is SUSPENDED pending resolution of the motion for a stay or further order of this Court.

IT IS SO ORDERED.

Dated:   **September 4, 2014**               **/s/ Sheila K. Oberto**
                                                                       UNITED STATES MAGISTRATE JUDGE