UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BARAJAS,<br><br>           Petitioner,<br><br>     v.<br><br>TIM VIRGA,<br><br>           Respondent. | No.  1:13-cv-02000-AWI-SKO  HC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DENIAL OF MOTION FOR STAY AND ABEYANCE**<br><br>**(Docs. 24, 29)** |

Petitioner is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The Court referred the matter to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

On August 4, 2015, the Magistrate Judge filed findings and recommendations in which she recommended that the Court deny Petitioner's motion for an order of stay and abeyance to permit exhaustion of unexhausted claims.  The findings and recommendations, which were served on all parties the same day, provided that objections could be served within thirty days and replies within fourteen days after the filing of any objections.  Neither party filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), having carefully reviewed the entire file *de novo* and considered Petitioner's objections, the Court finds that the findings and recommendations are supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 4, 2015 (Doc. No. 29) are adopted in full;

2. Plaintiff's motion for an order of stay and abeyance (Doc. No. 24) is DENIED; and

3. The case is referred to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   September 11, 2015                               _____
                                                              SENIOR DISTRICT JUDGE