UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BARAJAS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>TIM VIRGA,<br><br>　　　　　　Respondent. | No. 1:13-cv-02000-AWI-SKO HC<br><br>**ORDER DIRECTING PETITIONER TO FILE TRAVERSE WITHIN THIRTY DAYS** |

　　　　Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 11, 2015, the Court denied Petitioner's motion for stay and abeyance and referred the matter to the undersigned for further proceedings.

　　　　The Court hereby ORDERS Petitioner to reply to Respondent's answer to the petition (file a traverse) within thirty days of this order. No further extensions will be granted.

IT IS SO ORDERED.

Dated:　**September 11, 2015**　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1