# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BARAJAS,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>TIM VIRGA, Warden,<br><br>　　　　　　Respondent. | Case No. 1:13-cv-02000-DAD-SKO  HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION |

　　　Pursuant to F.R.Civ.P. 25(d), when a public party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending, the officer's successor is automatically substituted as a party.  In the above-captioned case, Jeffrey Macomber has succeeded Tim Virga as warden of California State Prison, Sacramento, in Represa, California.

　　　Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the name of Jeffrey Macomber, Warden, California State Prison, Sacramento,  as Respondent.

IT IS SO ORDERED.

Dated:   **March 7, 2016**　　　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1