# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BARAJAS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JEFFREY MACOMBER, Warden,<br><br>　　　　Respondent. | Case No. 1:13-cv-02000-DAD-SKO  HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION |

Pursuant to F.R.Civ.P. 25(d), when a public party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending, the officer's successor is automatically substituted as a party.  In the above-captioned case, David Baughman has succeeded Jeffrey Macomber as acting warden of California State Prison, Sacramento, in Represa, California.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the name of David Baughman, Acting Warden, California State Prison, Sacramento, as Respondent.

IT IS SO ORDERED.

Dated:   **July 27, 2016**　　　　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1